# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Richard Allen Smuda, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:16-cv-335 |
| | ) | |
| vs. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| Maggie Anderson, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Richard Allen Smuda has requested to dismiss Maggie Anderson as a defendant. (Doc. #16). Anderson has not responded to that motion, and her time to do so has passed.[1] Nor has she answered or otherwise responded to the complaint. It is therefore **RECOMMENDED** that the court dismiss Maggie Anderson as a defendant without prejudice pursuant to Smuda's request and Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

Dated this 17th day of January, 2017.

                                                          */s/ Alice R. Senechal*
                                                         Alice R. Senechal
                                                         United States Magistrate Judge

## NOTICE OF RIGHT TO OBJECT

Pursuant to Rule 72(b), Federal Rules of Civil Procedure, and District of North Dakota Local Court Civil Rule 72.1(D)(3), any party may object to this Report and Recommendation no later than **January 27, 2017**.

---

[1] "An adverse party's failure to serve and file a response to a motion may be deemed an admission that the motion is well taken." D.N.D. Civ. L.R. 7.1(F).