IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Richard Allen Smuda,

    Plaintiff,

-vs-

Maggie Anderson, et al.,

    Defendants.

Case No. 3:16-cv-335

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends that Plaintiff Richard Allen Smuda's request to dismiss Maggie Anderson as a defendant be granted. No party has filed objections to the Report and Recommendation. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. Smuda's motion to dismiss Maggie Anderson without prejudice is **GRANTED**.

    **IT IS SO ORDERED.**

Dated this 7th day of March, 2017.

    /s/ Ralph R. Erickson
    Ralph R. Erickson, District Judge
    United States District Court

---

[1] Doc. #25.

1