IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Richard Allen Smuda, <br><br> Plaintiff, <br><br> -vs- <br><br> Leann Bertsch, Director, North Dakota Department of Corrections and Rehabilitation, in her official capacity, et al., <br><br> Defendants. | Case No. 3:16-cv-335 <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends that the plaintiff's motion for default judgment be denied. The plaintiff has objected to the Report and Recommendation, asserting that it is important to have the defendants correctly named in the caption and use of Maggie Anderson as a defendant in the caption of the defendants' answer is illegal.[2]

The court finds the recommendation in the magistrate judge's Report and Recommendation is appropriate. The clerical error in the caption noted by the plaintiff is not a basis for granting default judgment as requested by the plaintiff. The plaintiff's motion for default judgment[3] is **DENIED**.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2017.

/s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court

---

[1] Doc. #88.

[2] Doc. #85.

[3] Doc. #86.

1